

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00037-CV

### IN THE INTEREST OF A. N., ET AL., CHILDREN

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 18-01-24656-CV
Honorable Cathy Morris, Judge Presiding[1]

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's Final De Novo Order of Termination of Parental Rights is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because appellant qualifies as indigent under TEX. R. APP. P. 20.

SIGNED July 24, 2019.

_____
Irene Rios, Justice

---

[1] The Honorable Cathy O. Morris, Associate Judge, presided over the trial on the merits, and the Honorable Camile G. DuBose presided over the de novo hearing.